# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JAMES A. MADDUX & NAOMI L. MADDUX              Case Number: 05-75076
3122 BLACKSTONE AVENUE                    SSN-xxx-xx-5512 & xxx-xx-3413
ROCKFORD, IL 61101

|                              |          |
|------------------------------|----------|
| Case filed on:               | 9/22/2005 |
| Plan Confirmed on:           | 2/17/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $25,955.01          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---------|----------------------|------------------------|----------------------|----------------|---------------|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 144.00 | 144.00 | 144.00 | 0.00 |
|     | Total Administration | 144.00 | 144.00 | 144.00 | 0.00 |
|     |  |  |  |  |  |
| 001 | MERS/GN MORTGAGE CORPORATION | 0.00 | 0.00 | 15,348.48 | 0.00 |
|     | Total Continue | 0.00 | 0.00 | 15,348.48 | 0.00 |
|     |  |  |  |  |  |
| 000 | ZENON J BIDZINSKI | 2,720.00 | 2,720.00 | 2,720.00 | 0.00 |
|     | Total Legal | 2,720.00 | 2,720.00 | 2,720.00 | 0.00 |
|     |  |  |  |  |  |
| 004 | MORTGAGE ELECTRONIC SYS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ACCOUNTS RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | U.S. ENERGY SAVINGS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WALMART 1955 / ROCKFORD IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WINNEBAGO COUNTY STATE'S ATTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|     |  |  |  |  |  |
| 998 | JAMES A. MADDUX | 1,485.00 | 1,485.00 | 1,485.00 | 0.00 |
| 999 | JAMES A. MADDUX | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 1,485.00 | 1,485.00 | 1,485.00 | 0.00 |
|     |  |  |  |  |  |
| 002 | MERS/GN MORTGAGE CORPORATION | 20,357.22 | 20,357.22 | 4,480.94 | 0.00 |
| 003 | ILLINOIS TITLE LOANS | 1,000.00 | 1,000.00 | 83.14 | 173.38 |
| 005 | ROCK RIVER WATER RECLAMATION | 155.00 | 144.00 | 20.47 | 14.12 |
| 006 | ROYCE FINANCIAL | 1,180.00 | 400.00 | 43.98 | 55.76 |
| 007 | UNITED CONSUMER FINANCIAL SERVICES | 480.00 | 200.00 | 34.95 | 10.84 |
|     | Total Secured | 23,172.22 | 22,101.22 | 4,663.48 | 254.10 |
|     |  |  |  |  |  |
| 003 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROCK RIVER WATER RECLAMATION | 106.99 | 115.63 | 0.00 | 0.00 |
| 006 | ROYCE FINANCIAL | 0.00 | 764.40 | 0.00 | 0.00 |
| 007 | UNITED CONSUMER FINANCIAL SERVICES | 498.57 | 763.00 | 0.00 | 0.00 |
| 008 | ABC CASH N GO | 864.40 | 847.11 | 0.00 | 0.00 |
| 011 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ACCOUNT RECOVERY SERVICES | 373.44 | 365.97 | 0.00 | 0.00 |
| 016 | M&L ACCEPTANCE CORP | 1,498.80 | 1,468.82 | 0.00 | 0.00 |
| 018 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | OB-GYN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RHS ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 2,294.53 | 2,248.64 | 0.00 | 0.00 |
| 024 | ROCKFORD REHAB MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SBC LAW DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | M&L ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD HEALTH PHYSICIANS | 194.20 | 190.32 | 0.00 | 0.00 |
|     | Total Unsecured | 5,830.93 | 6,763.89 | 0.00 | 0.00 |
|     |  |  |  |  |  |
|     | Grand Total: | 33,352.15 | 33,214.11 | 24,360.96 | 254.10 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Total Paid Claimant:       $24,615.06
Trustee Allowance:          $1,339.95
Percent Paid Unsecured:         0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan